**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tunya M. Lewis                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-17089 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                                          Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
05 Nov 2020, 15:08:56, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322