| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-17089-PMM**

| | |
|---|---|
| Tunya M. Lewis | Petition Filed Date: 11/11/2019 |
| 3413 Gray Street | 341 Hearing Date: 01/07/2020 |
| Reading  PA    19605 | Confirmation Date: 07/23/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $150.00 | | 02/11/2020 | $150.00 | | 02/14/2020 | $10.77 | |
| 03/11/2020 | $160.77 | | 04/13/2020 | $160.77 | | 05/11/2020 | $160.77 | |
| 06/11/2020 | $160.77 | | 07/13/2020 | $160.77 | | 08/11/2020 | $160.77 | |
| 09/14/2020 | $160.77 | | 10/13/2020 | $160.77 | | 11/12/2020 | $160.77 | |
| 12/11/2020 | $160.77 | | 01/11/2021 | $160.77 | | 02/11/2021 | $160.77 | |
| 03/11/2021 | $160.77 | | 04/12/2021 | $152.02 | | 05/11/2021 | $152.02 | |

**Total Receipts for the Period:  $2,704.82    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $2,854.82**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $2,550.00 | $2,550.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC as agent for<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ONE MAIN FINANCIAL<br>»»  002 | Unsecured Creditors | $3,933.49 | $0.00 | $3,933.49 |
| 3 | AMERICAN INFOSOURCE LP<br>»»  003 | Unsecured Creditors | $649.24 | $0.00 | $649.24 |
| 4 | ALLY FINANCIAL<br>»»  04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | ALLY FINANCIAL<br>»»  04U | Unsecured Creditors | $1,370.06 | $0.00 | $1,370.06 |
| 6 | BECKET & LEE, LLP<br>»»  005 | Unsecured Creditors | $1,396.56 | $0.00 | $1,396.56 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  006 | Unsecured Creditors | $564.93 | $0.00 | $564.93 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»»  007 | Unsecured Creditors | $1,070.45 | $0.00 | $1,070.45 |
| 9 | EDUCATIONAL CREDIT MGMT CORP<br>»»  008 | Unsecured Creditors | $6,936.42 | $0.00 | $6,936.42 |
| 10 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $1,327.07 | $0.00 | $1,327.07 |
| 11 | QUANTUM3 GROUP LLC as agent for<br>»»  010 | Unsecured Creditors | $1,752.65 | $0.00 | $1,752.65 |
| 12 | MARINER FINANCE LLC<br>»»  011 | Unsecured Creditors | $1,586.38 | $0.00 | $1,586.38 |
| 13 | FREEDOM MORTGAGE CORPORATION<br>»»  012 | Mortgage Arrears | $5,126.96 | $0.00 | $5,126.96 |

**Chapter 13 Case No. 19-17089-PMM**

| 14 | TD BANK USA NA<br>»» 013 | Unsecured Creditors | $1,391.90 | $0.00 | $1,391.90 |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $650.00 | $60.92 | $589.08 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,854.82 | Current Monthly Payment: | $152.02 |
| Paid to Claims: | $2,610.92 | Arrearages: | ($17.50) |
| Paid to Trustee: | $243.90 | Total Plan Base: | $9,222.16 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.