**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tunya M. Lewis<br><br>                Debtor(s)<br><br>FREEDOM MORTGAGE CORPORATION<br>                Movant<br>    vs.<br><br>Tunya M. Lewis<br>                Debtor(s)<br><br>Scott F. Waterman<br>                Trustee | CHAPTER 13<br><br><br><br>NO. 19-17089 PMM<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

**<u>ORDER</u>**

AND NOW, this 14th day of April, 2022 at Reading, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on <u>*February 10, 2022*</u> does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*Patricia M. Mayer*

                                                United States Bankruptcy Judge.