**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: Tunya M. Lewis,**            **Bankruptcy No. 19-17089-pmm**
        **Debtors**            **Chapter 13**

CERTIFICATE OF NO RESPONSE

    I, Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C., attorney for Tunya M. Lewis, Chapter 13 Debtor, do hereby certify that I have received no response and that no response has been filed with the Court from any Creditor listed on the Matrix, the Chapter 13 Trustee or the United States Trustee for the Motion to Modify Plan and respectfully request that this Honorable Court grant the Motion without a Hearing and an Order be entered granting the relief requested.

Dated: April 20, 2022            Respectfully Submitted,
        Brenna H. Mendelsohn, Esq.
        /s/ Brenna H. Mendelsohn, Esq.
        Attorney for Debtor