**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Tunya M. Lewis, | : | Chapter 13 |
| | : | |
| | : | Case No.  19-17089 (PMM) |
| | : | |
| Debtor. | : | |

-------------------------------------------------

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Motion to Modify the confirmed chapter 13 Plan (doc. # 52, the "Motion");

71 is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 51) is **approved**.

*/s/ Patricia M. Mayer*

Date:  4/21/22

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**