# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Reading Division*

| | |
|---|---|
| IN RE:<br>TUNYA M. LEWIS<br><br>FREEDOM MORTGAGE CORPORATION,<br>    Movant<br><br>vs.<br><br>TUNYA M. LEWIS,<br>    Debtor | Case No. 19-17089-pmm<br>Chapter 13 |

## WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

Freedom Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its NOTICE OF MORTGAGE PAYMENT CHANGE filed on November 8, 2021, via Claims Register, Claim Number 12.

This 11th day of July, 2022.

                                              */s/Andrew Spivack*
                                              Andrew Spivack, PA Bar No. 84439
                                              Matt Fissel, PA Bar No. 314567
                                              Mario Hanyon, PA Bar No. 203993
                                              Ryan Starks, PA Bar No. 330002
                                              Jay Jones, PA Bar No. 86657
                                              Attorney for Creditor
                                              BROCK & SCOTT, PLLC
                                              8757 Red Oak Boulevard, Suite 150
                                              Charlotte, NC 28217
                                              Telephone: (844) 856-6646
                                              Facsimile: (704) 369-0760
                                              E-Mail: PABKR@brockandscott.com

21-08247 BKSUP02

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Reading Division*

| | |
|---|---|
| IN RE:<br>TUNYA M. LEWIS<br><br>FREEDOM MORTGAGE CORPORATION,<br>    Movant<br><br>vs.<br><br>TUNYA M. LEWIS,<br>    Debtor | Case No. 19-17089-pmm<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal Of Notice Of Mortgage Payment Change has been electronically served or mailed, postage prepaid on this day to the following:

TUNYA M. LEWIS
3413 GRAY ST
READING, PA 19605-1931

BRENNA HOPE MENDELSOHN, ESQ.
637 WALNUT STREET
READING, PA 19601

SCOTT F. WATERMAN, BANKRUPTCY TRUSTEE
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE, SUITE 100
READING, PA 19606
ECFMail@ReadingCh13.com

21-08247 BKSUP02

US TRUSTEE
UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106
USTPRegion03.PH.ECF@usdoj.gov

July 11, 2022

/s/*Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

21-08247 BKSUP02