| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-17089-PMM

Tunya M. Lewis
3413 Gray Street
Reading  PA    19605

Petition Filed Date: 11/11/2019
341 Hearing Date: 01/07/2020
Confirmation Date: 07/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $152.02 | | 05/11/2021 | $152.02 | | 06/11/2021 | $152.02 | |
| 07/13/2021 | $152.02 | | 08/11/2021 | $152.02 | | 09/14/2021 | $152.02 | |
| 10/12/2021 | $152.02 | | 11/16/2021 | $152.02 | | 12/13/2021 | $152.02 | |
| 01/12/2022 | $152.02 | | 02/15/2022 | $152.02 | | 03/14/2022 | $152.02 | |
| 04/12/2022 | $152.02 | | 05/12/2022 | $152.02 | | 06/13/2022 | $152.02 | |
| 07/19/2022 | $152.02 | | | | | | | |

**Total Receipts for the Period: $2,432.32   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,983.10**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $2,550.00 | $2,550.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC as agent for<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ONE MAIN FINANCIAL<br>»» 002 | Unsecured Creditors | $3,933.49 | $0.00 | $3,933.49 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $649.24 | $0.00 | $649.24 |
| 4 | ALLY FINANCIAL<br>»» 04S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | ALLY FINANCIAL<br>»» 04U | Unsecured Creditors | $1,370.06 | $0.00 | $1,370.06 |
| 6 | BECKET & LEE, LLP<br>»» 005 | Unsecured Creditors | $1,396.56 | $0.00 | $1,396.56 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $564.93 | $0.00 | $564.93 |
| 8 | MIDLAND CREDIT MANAGEMENT INC<br>»» 007 | Unsecured Creditors | $1,070.45 | $0.00 | $1,070.45 |
| 9 | EDUCATIONAL CREDIT MGMT CORP<br>»» 008 | Unsecured Creditors | $6,936.42 | $0.00 | $6,936.42 |
| 10 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $1,327.07 | $0.00 | $1,327.07 |
| 11 | QUANTUM3 GROUP LLC as agent for<br>»» 010 | Unsecured Creditors | $1,752.65 | $0.00 | $1,752.65 |
| 12 | MARINER FINANCE LLC<br>»» 011 | Unsecured Creditors | $1,586.38 | $0.00 | $1,586.38 |
| 13 | FREEDOM MORTGAGE CORPORATION<br>»» 012 | Mortgage Arrears | $797.36 | $797.36 | $0.00 |

**Chapter 13 Case No. 19-17089-PMM**

| 14 | TD BANK USA NA<br>»» 013 | Unsecured Creditors | $1,391.90 | $0.00 | $1,391.90 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $650.00 | $650.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,100.00 | $559.44 | $540.56 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,983.10 | Current Monthly Payment: | $152.88 |
| Paid to Claims: | $4,556.80 | Arrearages: | $3.44 |
| Paid to Trustee: | $426.30 | Total Plan Base: | $5,598.06 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.