United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 19-17089-pmm
Tunya M. Lewis | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tunya M. Lewis, 3413 Gray Street, Reading, PA 19605-1931 |
| 14419853 | + | AT&T Wireless, PO BOX 1514, Carol Stream, IL 60132-1514 |
| 14419857 | + | Credit One, PO Box 20398, Sarasota, FL 34276-3398 |
| 14432194 | | Freedom Mortgage Corporation, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14648008 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14433425 | + | Freedom Mortgage Corporation, C/O THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14419860 | + | JC Erlich, 10 Vangaurd Drive, Reading, PA 19606-3763 |
| 14488976 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 21 2022 00:08:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 21 2022 00:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14419849 | + | Email/Text: bncnotifications@pheaa.org | Dec 21 2022 00:08:00 | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 14443406 | | Email/Text: ally@ebn.phinsolutions.com | Dec 21 2022 00:08:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14419851 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 21 2022 00:08:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14419852 | + | Email/Text: bnc-aquafinance@quantum3group.com | Dec 21 2022 00:08:00 | Aqua Finance Inc, 1 Corporate Cove, Wausau, WI 54401-1724 |
| 14437388 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 21 2022 00:15:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14419854 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2022 00:15:01 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14443453 | | Email/PDF: bncnotices@becket-lee.com | Dec 21 2022 00:14:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14419855 | | Email/Text: documentfiling@lciinc.com | Dec 21 2022 00:08:00 | Comcast, PO Box 40986, Reading, PA 19610 |
| 14419856 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 21 2022 00:08:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14485083 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 21 2022 00:08:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14451728 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 21 2022 00:08:00 | FREEDOM MORTGAGE CORPORATION, ATTN.: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14559384 | ^ | MEBN | Dec 21 2022 00:07:50 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14648009 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 21 2022 00:08:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14419858 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 21 2022 00:08:00 | Freedom Mortgage Corp, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 14419859 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 21 2022 00:08:00 | I C System, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14419861 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 21 2022 00:08:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14450036 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2022 00:14:58 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14419862 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 21 2022 00:08:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14448658 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2022 00:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14437149 | | Email/PDF: cbp@onemainfinancial.com | Dec 21 2022 00:15:04 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14419863 | + | Email/PDF: cbp@onemainfinancial.com | Dec 21 2022 00:15:04 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14449085 | + | Email/Text: bncnotifications@pheaa.org | Dec 21 2022 00:08:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14436453 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2022 00:08:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14450097 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2022 00:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14447095 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2022 00:08:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14453445 | + | Email/Text: bncmail@w-legal.com | Dec 21 2022 00:08:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14419864 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 21 2022 00:08:00 | Tbom/milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 14419865 | + | Email/Text: bncmail@w-legal.com | Dec 21 2022 00:08:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14419850 | *+ | Aes/pheaafrn, Pob 61047, Harrisburg, PA 17106-1047 |
| 14451558 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14580993 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14679750 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Dec 20, 2022 | Form ID: 138OBJ | Total Noticed: 38

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Tunya M. Lewis tobykmendelsohn@comcast.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| THOMAS SONG | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Tunya M. Lewis

        Debtor(s)                                   Case No: 19−17089−pmm

                                                                   Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                 United States Bankruptcy Court
             Office of the Clerk, Gateway Building
                  201 Penn Street, 1st Floor
                      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/20/22