# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tunya M. Lewis<br>**Debtor(s)**<br><br>**FREEDOM MORTGAGE CORPORATION**<br>**Movant**<br><br>vs.<br><br>Tunya M. Lewis<br>**Debtor(s)**<br><br>Scott F. Waterman,<br>**Trustee** | BK NO. 19-17089 PMM<br><br>Chapter 13<br><br>Related to Claim No. 12 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 8, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Tunya M. Lewis
3413 Gray Street
Reading, PA 19605

Attorney for Debtor(s)
Brenna Hope Mendelsohn, Esq.
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: November 8, 2021

/s/Rebecca A. Solarz Esquire
Rebecca A. Solarz Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com